387 A.2d 110

Commonwealth v. Scholl, Appellant.

Argued December 7, 1977. W. Spalding, with him Stephen R. Bolden, for appellant; Randolph L. Goldman, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.